# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   SANDRA J. HEFFELFINGER                                    Case Number: 06-72473
         6501 DONEGAL LANE                  SSN-xxx-xx-7252
         MCHENRY, IL  60050

                                                      Case filed on:          12/27/2006
                                                      Plan Confirmed on:        3/23/2007
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $36,843.16          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SANDRA J. HEFFELFINGER | 0.00 | 0.00 | 2,649.03 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,649.03 | 0.00 |
| 001 | GREEN TREE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GREEN TREE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 4,856.19 | 4,856.19 | 4,856.19 | 0.00 |
| 005 | CENTEGRA HBH | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CENTEGRA NORTHERN ILLINOIS MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 9,862.22 | 9,862.22 | 9,862.22 | 0.00 |
| 011 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GE MONEY BANK | 475.82 | 475.82 | 475.82 | 0.00 |
| 013 | CHARMING SHOPPES | 604.53 | 604.53 | 604.53 | 0.00 |
| 014 | FIRST NATIONAL BANK OF OMAHA | 4,074.47 | 4,074.47 | 4,074.47 | 0.00 |
| 015 | FIRST NATIONAL BANK OF OMAHA | 4,771.43 | 4,771.43 | 4,771.43 | 0.00 |
| 016 | FIRST NATIONAL BANK OF OMAHA | 3,678.39 | 3,678.39 | 3,678.39 | 0.00 |
| 017 | KOHL'S DEPARTMENT STORE | 619.81 | 619.81 | 619.81 | 0.00 |
| 018 | LAKE MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MARSHALL FIELDS / MACY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MCHENRY RADIOLOGISTS & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MORIANE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 622.89 | 622.89 | 622.89 | 0.00 |
| 024 | THE CENTER FOR NEUROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 1,198.45 | 1,198.45 | 1,198.45 | 0.00 |
| 026 | WFNNB CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WORLD FINANCIAL NETWORK NATIONAL BANK | 597.51 | 597.51 | 597.51 | 0.00 |
| 028 | WORLD FINANCIAL NETWORK NATIONAL BANK | 492.67 | 492.67 | 492.67 | 0.00 |
| 029 | JAMES E. HEFFELFINGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CENTEGRA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WFNNB DRESS BARN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 31,854.38 | 31,854.38 | 31,854.38 | 0.00 |
|  | Grand Total: | 31,854.38 | 31,854.38 | 34,503.41 | 0.00 |

Total Paid Claimant:      $34,503.41
Trustee Allowance:        $2,339.75            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

         Report Dated:

                                           /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee

         This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

         Dated at Rockford, IL  on  10/30/2008          By   /s/Heather M. Fagan